

**UNITED STATES BANKRUPTCY COURT**
**CENTRAL DISTRICT OF CALIFORNIA**

| | | |
|---|---|---|
| In re | ) | Bk. No. LA85-13878-GM |
| INSURANCE PREPAID | ) | |
| BENEFIT & TRUST | ) | |
| | ) | |
| | ) | ORDER DENYING REQUEST FOR |
| | ) | RELEASE OF UNCLAIMED FUNDS |
| | ) | (28 U.S.C. Section 2042, |
| Debtor (s) | ) | Bankruptcy Rule 9013, |
| | ) | Bankruptcy Local Rule 3011-1) |

On October 30, 2000, AMERICAN MEDICAL CLINIC c/o The Financial Resources Group, Inc. filed a request for release of unclaimed funds pursuant to 28 U.S.C. Section 2042. The request is denied for the following reason (s):

_____   1.   A request for an order must be made by written motion according to Bankruptcy Rule 9013. Contact Financial Services at (213) 894-6866 to obtain the appropriate form.

_____   2.   Motion practice in the United States Bankruptcy Court for the Central District of California is controlled by Local Bankruptcy Rule 3011-1 as promulgated by the United States District Court for the Central District of California. The request does not comply with either Bankruptcy Rule 9013 or Local Bankruptcy Rule 3011-1.

_____   3.   Part # _____ Of the motion has not been completed.

_____   4.   It appears that a copy of the motion was not sent to the claimant.

_____   5.   An original power of attorney was not submitted.

_____   6.   The name of the claimant listed on the trustee's report is not the same as shown on the motion. No explanation of the difference is provided.

_____   7.   The address of the claimant listed on the trustee's report is not the same as shown on the motion and the difference is not explained.

_____   8.   The motion does not list the trustee in the case as having been noticed.

_____   9.   There are no supporting documents showing the claimant to be the successor-in-interest to the funds claimed.

_____   10.   The corporate seal is not stamped on the power of attorney.

_____   11.   The name on the corporate seal does not match the name listed on the claim.

_____   12.   There is no resolution with seal that verifies the person signing the power of attorney is authorized to sign on behalf of the creditor.

_____   13.   The supporting documentation that is provided are not certified copies.

_____   14.   Fund locator submitting this claim has failed to register with this court.

__X__   15.   The funds claimed were paid to American Medical Clinic c/o Washington Research Trust on July 17, 1997.

_____   16.   Other

_____    11/8/00
United States Bankruptcy Judge        Date

JUST - REV. 04/00